1  CHARLENE M. MORROW (CSB NO. 136411)
    cmorrow@fenwick.com
2  FENWICK & WEST LLP
   Silicon Valley Center
3  801 California Street
   Mountain View, CA 94041
4  Telephone:  (650) 988-8500
   Facsimile:  (650) 938-5200
5
   HEATHER MEWES (CSB NO. 203690)
6    hmewes@fenwick.com
   JEFFREY V. LASKER (CSB No. 246029)
7    jlasker@fenwick.com
   FENWICK & WEST LLP
8  555 California Street, Suite 1200
   San Francisco, CA 94104
9  Telephone: (415) 875-2300
   Facsimile: (415) 281-1350
10
   Attorneys for Plaintiff
11 Hewlett-Packard Company

12
                  UNITED STATES DISTRICT COURT
13
                  NORTHERN DISTRICT OF CALIFORNIA
14

15 | HEWLETT-PACKARD COMPANY, a    | Case No.
   | Delaware corporation,          |
16 |                                | 1732
   |        Plaintiff,              |
17 |                                | **CERTIFICATION OF INTERESTED
   |    v.                          | ENTITIES OR PERSONS**
18 |                                |
   | PAPST LICENSING GMBH & CO. KG, a |
19 | German company,                |
   |                                |
20 |        Defendant.              |

21
22
23
24
25
26
27
28

CERTIFICATION OF INTERESTED ENTITIES

Pursuant to Civil L.R. 3-16, the undersigned certifies that as of this date, other than the named parties, there is no such interest to report.

Dated: March 31, 2008

FENWICK & WEST LLP

By: /s/ Charlene M. Morrow / Hwn
Charlene M. Morrow

Attorneys for Plaintiff
Hewlett-Packard Company