CHARLENE M. MORROW (CSB NO. 136411)
  cmorrow@fenwick.com
FENWICK & WEST LLP
Silicon Valley Center
801 California Street
Mountain View, CA 94041
Telephone:  (650) 988-8500
Facsimile:  (650) 938-5200

HEATHER MEWES (CSB NO. 203690)
  hmewes@fenwick.com
JEFFREY V. LASKER (CSB No. 246029)
  jlasker@fenwick.com
FENWICK & WEST LLP
555 California Street, Suite 1200
San Francisco, CA 94104
Telephone: (415) 875-2300
Facsimile:  (415) 281-1350

Attorneys for Plaintiff
Hewlett-Packard Company

UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| HEWLETT-PACKARD COMPANY, a Delaware corporation,<br><br>Plaintiff,<br><br>v.<br><br>PAPST LICENSING GMBH & CO. KG, a German company,<br><br>Defendant. | Case No. CV 08 1732 JL<br><br>**NOTICE OF PENDENCY OF OTHER ACTIONS** |

NOTICE OF PENDENCY OF OTHER ACTIONS

1  Pursuant to Civil L.R. 3-12, Plaintiff Hewlett-Packard Company ("HP") hereby provides
2  notice of pendency of other actions:
3  The following cases involve U.S. Patent Nos. 6,470,399 and 6,895,449 -- the same patents
4  that are at issue in the above captioned case:

| Case Name | Court | Docket No. |
|---|---|---|
| *Papst Licensing GMBH & Co. KG v. Olympus Corp.* | D.D.C. (originally filed in D. Del.) | 1:07cv2086 |
| *Papst Licensing GMBH & Co. KG v. Fujifilm Corp.* | D.D.C. (originally filed in N.D. Ill.) | 1:07cv2087 |
| *Papst Licensing GMBH & Co. KG v. Samsung Techwin Co.* | D.D.C. (originally filed in C.D. Cal., and transferred to D.N.J.) | 1:07cv2088 |
| *Matsushita Electric Industrial Co., Ltd.; Victor Company of Japan, Ltd. v. Papst Licensing GMBH & Co. KG* | D.D.C. | 1:07cv1222 |
| *Fujifilm Corp.; Fujifilm U.S.A., Inc. v. Papst Licensing GMBH & Co. KG* | D.D.C. | 1:07cv1118 |
| *Casio America, Inc v. Papst Licensing GMBH & Co. KG* | D.D.C. | 1:06cv1751 |
| *Papst Licening GmbH & Co. KG v. Ricoh Company, Ltd.; Ricoh Americas Corp.; Ricoh Corp.* | N.D. Ill. | 1:08cv1218 |

The Judicial Panel on Multidistrict Litigation has transferred all of the above cases, except for the *Papst v. Ricoh* case, to the United States District Court for the District of Columbia for coordinated and consolidated pretrial proceedings. With regard to the *Papst v. Ricoh* case, the Judicial Panel on Multidistrict Litigation issued a Conditional Transfer Order on March 13, 2008 which likely will result in the transfer of the case to the United States District Court for the District of Columbia. The Multidistrict Litigation case is *In re: Papst Licensing Digital Camera*

///
///
///
///

1  *Patent Litigation* – MDL 1180, D.D.C. Docket No. 1:07-mc-00493-RMC. It is expected that
2  these cases will be transferred back to the districts where they were filed for trial.

4  Dated: March 31, 2008                    FENWICK & WEST LLP

6  By: /s/ Charlene Morrow
   Charlene M. Morrow

   Attorneys for Plaintiff
   Hewlett-Packard Company

NOTICE OF PENDENCY OF OTHER ACTIONS                  3