✎ AO 120 (Rev. 2/99)

| TO: | **Mail Stop 8** <br> **Director of the U.S. Patent & Trademark Office** <br> **P.O. Box 1450** <br> **Alexandria, VA 22313-1450** | **REPORT ON THE** <br> **FILING OR DETERMINATION OF AN** <br> **ACTION REGARDING A PATENT OR** <br> **TRADEMARK** |
|---|---|---|

In Compliance with 35 § 290 and/or 15 U.S.C. § 1116 you are hereby advised that a court action has been filed in the U.S. District Court __Northern District of California__ on the following   X Patents or   ☐ Trademarks:

| DOCKET NO. <br> CV 08-01732 JL | DATE FILED <br> 3/31/08 | U.S. DISTRICT COURT <br> Northern District of California, San Francisco Division |
|---|---|---|
| PLAINTIFF <br> HEWLETT-PACKARD CO | | DEFENDANT <br> PAPST LICENSING GMBH |

| PATENT OR TRADEMARK NO. | DATE OF PATENT OR TRADEMARK | HOLDER OF PATENT OR TRADEMARK |
|---|---|---|
| 1 | | |
| 2 | | |
| 3 | | . |
| 4 | | |
| 5 | | |

In the above—entitled case, the following patent(s) have been included:

| DATE INCLUDED | INCLUDED BY <br> ☐ Amendment    ☐ Answer    ☐ Cross Bill    ☐ Other Pleading | |
|---|---|---|
| PATENT OR TRADEMARK NO. | DATE OF PATENT OR TRADEMARK | HOLDER OF PATENT OR TRADEMARK |
| 1 | | |
| 2 | | |
| 3 | | . |
| 4 | | |
| 5 | | |

In the above—entitled case, the following decision has been rendered or judgement issued:

| DECISION/JUDGEMENT |
|---|
|   |

| CLERK <br> Richard W. Wieking | (BY) DEPUTY CLERK <br> Gloria Acevedo | DATE <br> April 2, 2008 |
|---|---|---|

**Copy 1—Upon initiation of action, mail this copy to Commissioner     Copy 3—Upon termination of action, mail this copy to Commissioner**
**Copy 2—Upon filing document adding patent(s), mail this copy to Commissioner     Copy 4—Case file copy**