1  CHARLENE M. MORROW (CSB NO. 136411)
    cmorrow@fenwick.com
2  FENWICK & WEST LLP
3  Silicon Valley Center
   801 California Street
4  Mountain View, CA  94041
   Telephone:(650) 988-8500
5  Facsimile:(650) 938-5200

6

7  HEATHER N. MEWES (CSB NO. 203690)
    hmewes@fenwick.com
8  JEFFREY V. LASKER (CSB No. 246029)
    jlasker@fenwick.com
9  FENWICK & WEST LLP
10 555 California Street, Suite 1200
   San Francisco, CA  94104
11 Telephone:  (415) 875-2300
   Facsimile:  (415) 281-1350
12

13 Attorneys for Plaintiff
   Hewlett-Packard Company
14

15

16                IN THE UNITED STATES DISTRICT COURT

17                FOR THE NORTHERN DISTRICT OF CALIFORNIA

18

19 HEWLETT-PACKARD COMPANY, a          No. 3:08-CV-01732-JL
   Delaware corporation,
20         Plaintiff,
21                                      **DECLINATION TO PROCEED BEFORE**
     v.                                 **A MAGISTRATE JUDGE**
22 PAPST LICENSING GMBH & CO. KG, a            **AND**
   German company,                      **REQUEST FOR REASSIGNMENT TO A**
23         Defendant.                   **UNITED STATES DISTRICT JUDGE**
24 _____/

25

26

27

28

American LegalNet, Inc.
www.FormsWorkflow.com

1  REQUEST FOR REASSIGNMENT TO A UNITED STATES DISTRICT JUDGE

2      The undersigned party in the above-captioned civil matter hereby declines to consent to the
3  assignment of this case to a United States Magistrate Judge for trial and disposition and hereby
4  requests the reassignment of this case to a United States District Judge.

6  Dated: April 3, 2008       */s/ Jeffrey V. Lasker*
    Signature
7      Jeffrey V. Lasker
    Counsel for  Hewlett-Packard Company
8      (Name of party or indicate "pro se")

American LegalNet, Inc.
www.Forms*Workflow*.com

# **CERTIFICATE OF SERVICE**

I, Jeffrey V. Lasker, declare:

I am employed in the County of San Francisco, State of California, at the following business address: Fenwick & West LLP, 555 California Street, 12th Floor, San Francisco, California 94104.  I am over the age of 18 and not a party to this action.  On the date set forth below, the following documents were served: **PLAINTIFF HEWLETT-PACKARD COMPANY'S DECLICATION TO PROCEED BEFORE A MAGISTRATE JUDGE AND REQUEST FOR REASSIGNMENT TO A UNITED STATES DISTRICT JUDGE** on the parties in the subject action by placing true copies thereof for delivery as indicated below, addressed as follows:

Jerold B. Schnayer, Esq.
(jbschnayer@welshkatz.com)
**WELSH & KATZ, LTD.**
120 South Riverside Plaza, 22nd Floor
Chicago, Illinois 60606

Main:  312.655.1500
Fax:  312.655.1501

**(X)    UNITED STATES MAIL:** by placing the document(s) listed above in a sealed envelope for collection and mailing following our ordinary business practices.  I am readily familiar with our ordinary business practices for collecting and processing mail for the United States Postal Service, and mail that I place for collection and processing is regularly deposited with the United States Postal Service that same day with postage prepaid.

**(  )    BY PERSONAL SERVICE:** by causing such documents to be personally delivered to the above-listed addressee(s) at the address(es) set forth above.

**(  )    BY E-MAIL:** by causing to be transmitted via e-mail the document(s) listed above to the addressee(s) at the e-mail address(es) listed above.

Dated:  April 3, 2008                    */s/ Jeffrey V. Lasker*_____
                                                              Jeffrey V. Lasker

CERTIFICATE OF SERVICE                                               CASE NO. 3:08-CV-01732-JL