[ ] AO 440 (Rev. 03/08) Civil Summons

# UNITED STATES DISTRICT COURT
for the

Northern District of California

Hewlett-Packard Company, a Delaware Corporation )
                    Plaintiff )
                    v. ) Civil Action No.
Papst Licensing GMBH & CO. KG, a German Company )
                    Defendant )

E-filing

**Summons in a Civil Action**

To: Papst Licensing GMBH & CO. KG
     *(Defendant's name)*

A lawsuit has been filed against you.

    Within 20 days after service of this summons on you (not counting the day you received it), you must serve on the plaintiff an answer to the attached complaint or a motion under Rule 12 of the Federal Rules of Civil Procedure. The answer or motion must be served on the plaintiff's attorney, whose name and address are

Charlene M. Morrow (136411)
FENWICK & WEST
Silicon Valley Center
801 California Street
Mountain View, CA 94041
Telephone: (650) 988-8500
Facsimile: (650) 938-5200

Heather Mewes (203690)
Jeffrey V. Lasker (246029)
FENWICK & WEST
555 California Street, Suite 1200
San Francisco CA, 94104
Telephone: (415) 875-2300
Facsimile: (415) 281-1350

If you fail to do so, judgment by default will be entered against you for the relief demanded in the complaint. You also must file your answer or motion with the court.

Richard W. Wieking
Name of clerk of court

Date: _____

MARY ANN BUCKLEY

*(Use 60 days if the defendant is the United States or a United States agency, or is an officer or employee of the United States allowed 60 days by Rule 12(a)(3).)*

American LegalNet, Inc.
www.FormsWorkflow.com