**United States District Court**
For the Northern District of California

1
2
3
4      UNITED STATES DISTRICT COURT
5      NORTHERN DISTRICT OF CALIFORNIA
6
7  HEWLETT-PACKARD COMPANY,           No. C 08-01732 JW
8           Plaintiff(s),
                                      CLERK'S NOTICE SETTING CASE
9       v.                            MANAGEMENT CONFERENCE
10 PAPST LICENSING GMBH & CO.KG,
11          Defendant(s).
12 _____/
13
   TO ALL PARTIES AND COUNSEL OF RECORD:
14
15
   YOU ARE NOTIFIED THAT due to case reassignment a Case Management Conference has been
16
   set before Judge James Ware **July 7, 2008 at 10:00 AM** Courtroom 8, 4th Floor, 280 S. 1st Street,
17
   San Jose, California.  The parties are to file a joint case management conference statement by **June
18
   27, 2008.**
19
   Dated: April 9, 2008
20
                                      FOR THE COURT,
                                      Richard W. Wieking, Clerk
21
22
                                      by:      /s/
23                                          Elizabeth Garcia
                                            Courtroom Deputy
24
25
26
27
28