**UNITED STATES DISTRICT COURT**
**Northern District of California**
280 South First Street
San Jose, California 95113

www.cand.uscourts.gov

Richard W. Wieking
Clerk

General Court Number
408.535.5364

May 8, 2008

Nancy Mayer-Whittington, Clerk
1834 E. Barrett Prettyman U.S. Courthouse
333 Constitution Avenue, NW
Washington, DC 20001-2802

Re: MDL No. 1880 – In Re: Papst Licensing Digital Camera Patent Litigation
Your Case No. MISC. 07–493 RMC
Our Case C08-01732 JW   Hewlett-Packard Company-v-Papst Licensing GMBH & Co.KG

Dear Clerk,

    Pursuant to an Conditional Transfer Order (CTO-2) transferring the above captioned case to your court, transmitted herewith are:

- ☒ Certified copy of docket entries.
- ☒ Certified copy of Conditional Transferral Order.
- ☒ Original case file documents.
- ☒ Please access the electronic case file for additional pleadings you may need. See the attached instructions for details.

Please acknowledge receipt of the above documents on the attached copy of this letter.

Sincerely,
RICHARD W. WIEKING, Clerk

by: Cindy Vargas
Case Systems Administrator

Enclosures
Copies to counsel of record